1  ADAM PAUL LAXALT
       Attorney General
2  ERIN L. ALBRIGHT, Bar No. 9953
       Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov

7  *Attorneys for Defendants*
   *Harold Byrne, Danny Holland,*
8  *Donald Southworth*

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  RICKIE L. HILL,

13                  Plaintiff,              Case No.  3:16-CV-00644-MMD-VPC

14  vs.                                     **MOTION FOR ENLARGEMENT OF TIME
                                            TO RESPOND TO PLAINTIFF'S MOTION
15  TIMOTHY FILSON, et al.,                              TO CORRECT**

16                  Defendants.

17         Defendants, Harold Byrne, Danny Holland and Donald Southworth, by and through counsel,

18  Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney

19  General, hereby moves for an enlargement of time to respond to plaintiff' motion to correct. (ECF No.27).

20         This motion is based on the following Memorandum of Points and Authorities.

21                  **MEMORANDUM OF POINTS AND AUTHORITIES**

22  I.     **RELEVANT FACTUAL BACKGROUND**

23         On April 12, 2018, plaintiff filed a motion to correct. (ECF No. 27).

24         Defense counsel is on vacation and will not return to the office until May 1, 2018.

25  ///

26  ///

27  ///

28  ///

                                            1

## II.   LEGAL AUTHORITY AND DISCUSSION

Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

The time to respond, to answer or file a response to plaintiff's motion (ECF No. 27) has not expired. Defendants assert good cause exists to extend their time for their response to Plaintiff's objections because defense counsel is on vacation and will not return to the office until May 1, 2018. Therefore, Defendants request this court enlarge the time for their response to the motion (ECF No. 27) to May 11, 2018. This extension is not made for the purposes of delay or to prejudice Plaintiff.

## III.   CONCLUSION

Based on the foregoing, Defendants respectfully request this Court grant their motion and enlarge the time for their response to plaintiff's motion (ECF No. 27) to May 11, 2018.

DATED this 25th day of April, 2018.

ADAM PAUL LAXALT
Attorney General

By: *Benjamin R Johnson for*
ERIN L. ALBRIGHT
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: May 2, 2018

2

1

2

**CERTIFICATE OF SERVICE**

3

  I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

4

on this 25th day of April, 2018, I caused to be deposited for mailing a true and correct copy of the

5

forgoing, **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S**

6

**MOTION TO CORRECT**, to the following:

7

8

Rickie L. Hill #87052
Core Civic/Saguaro Correctional Center

9

1252 E. Arica Road
Eloy, AZ 85131

10

11

12

An employee of the
Office of the Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3