**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**


| | | |
|---|---|---|
| RICKIE HILL, | ) | 3:16-CV-0644-MMD-CBC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 5, 2018 |
| | ) | |
| TIOMTHY FILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>       LISA MANN       </u>  REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                      </u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for enlargement of time (ECF No. 51) is **GRANTED**.  Plaintiff shall have to and including **Friday, November 16, 2018** to file proof of service of process as to Lt. D. Solstice, Matthew Hartwick, and Randall Schultheis.  This action will be dismissed without prejudice as to these defendants unless proof of service is filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>             /s/                   </u>
Deputy Clerk