UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE L. HILL., <br><br>  Plaintiff, <br><br> v. <br><br> TIMOTHY FILSON, *et al.,* <br><br>  Defendants. | Case No. 3:16-cv-00644-MMD-CBC <br><br> ORDER |

The Complaint in this action was filed on November 7, 2016. (ECF No. 1.) The Court issued a notice of intent to dismiss Lt. D. Solstice, Matthew Hartwick, and Randall Schultheis under Fed. R. Civ. P. 4(m) unless proof of service is filed by September 15, 2018. (ECF No. 49.) To date, no such proof of service has been filed as to Matthew Hartwick and Randall Schultheis. While Plaintiff filed a motion to file proof of service as to Matthew Hartwick and Randall Schultheis (ECF No. 69), that motion was denied as moot because the U.S. Marshal Service filed returns of summons unexecuted as to both of these defendants (ECF No. 76 (citing ECF Nos. 23, 40)).

It is therefore ordered that the claims against Matthew Hartwick and Randall Schultheis are dismissed without prejudice.

DATED THIS 11th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE