UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE L. HILL,<br><br>         Plaintiff,<br> v.<br>TIMOTHY FILSON, *et al.*,<br><br>         Defendants. | Case No. 3:16-cv-00644-MMD-CBC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA B. CARRY |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 81) ("R&R" or "Recommendation") relating to Defendants Harold Byrne, Danny Holland, and Donald Southworth's motion for summary judgment ("Motion") (ECF No. 24). Judge Carry recommended granting Defendant's Motion. Plaintiff had until February 15, 2019, to file objections to the R&R. To date, no objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the

Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g., id.* at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, the Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Carry's Recommendation. The Magistrate Judge recommended granting Defendants' Motion as follows: (1) the undisputed evidence shows that Defendants responded reasonably to risks of serious harm to Plaintiff by, among other precautions, placing Plaintiff in close custody where he is in protective segregation and providing escort when Plaintiff was outside his unit, and Plaintiff offered no evidence that Plaintiff has been attacked or threatened by white supremacists or South Side gang members as he claims (ECF No. 81 at 7-13); and (2) the undisputed evidence does not support Plaintiff's claims of retaliation or discrimination (*id.* at 10-12). Upon reviewing the Recommendation and underlying briefs, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged, and decreed that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 81) is accepted and adopted in its entirety.

It is further ordered that Defendants' motion for summary judgment (ECF No. 24) is granted.

It is further ordered that the following motions are denied as moot: Plaintiff's motion for preliminary injunction (ECF No. 59); Plaintiff's motion to file an amended preliminary injunction (ECF No. 61); Plaintiff's motion to extend copy work limit (ECF No. 71); Defendant's motion to strike (ECF No. 75); and Plaintiff's motion to apprise (ECF No. 80).[1]

///

---

[1] To the extent Plaintiff's motion to apprise raises incidents that are not contained in his Complaint, Plaintiff must file a new action after exhausting his administrative remedies.

The Clerk of the Court is directed to enter judgment in favor of Defendants and close this case.

DATED THIS 20th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE