UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE L. HILL,<br><br>    Plaintiff,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>    Defendants. | Case No. 3:16-cv-00644-MMD-CBC<br><br>ORDER |

Magistrate Judge Carla B. Carry issued a Report & Recommendation ("R&R") that Defendants' motion for summary judgment be granted on February 1, 2019. (ECF No. 81.) Plaintiff had until February 15, 2019, to file objections. (*Id.*) Having received no objections, the Court adopted the R&R after de novo review on February 20, 2019. (ECF No. 83.) Plaintiff filed objections to the R&R on February 25, 2019. (ECF No. 85.) Plaintiff also filed a notice of appeal on March 4, 2019. (ECF No. 86.)

The Court overrules Plaintiff's objection (ECF No. 85) because the Court has no jurisdiction to consider it. "The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control *over those aspects of the case involved in the appeal.*" *United States v. Powell*, 24 F.3d 28, 31 (9th Cir. 1994) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).

DATED THIS 19th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE